UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    -v-                             :
                                           12 Cr. ___ (LAK)
WESLEY WANG,                        :

        Defendant.          :     **12 CRIM 541**

- - - - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                         _____
                                         Defendant

                                         _____
                                         Witness

                                         _____
                                         Counsel for Defendant

Date:   New York, New York
        July 13, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 13 2012

JUDGE KAPLAN

0202