UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :    PRELIMINARY ORDER OF
                                  :    FORFEITURE/MONEY JUDGMENT
        -v.-                      :
                                  :    12 Cr. 541 (JSR)
WESLEY WANG,                      :
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - - x

        WHEREAS, on or about July 13, 2012, WESLEY WANG (the "Defendant"), was charged in a two-count Information, 12 Cr. 541 (JSR) (the "Information"), with conspiracy to commit securities fraud, in violation of Title 18, United States code, Section 371 (Counts One and Two);

        WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information seeking, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, the forfeiture of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in Counts One and Two of the Information, including but not limited to a sum of money in United States currency which was derived from proceeds traceable to the commission of the offenses alleged in Counts One and Two of the Information;

        WHEREAS, on or about July 13, 2012, the Defendant pled guilty to Counts One and Two of the Information, before United States Magistrate Judge Gabriel W. Gorenstein, pursuant to a plea

agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, a sum of money equal to the amount of proceeds the Defendant obtained as a result of the offenses charged in Counts One and Two of the Information;

WHEREAS, on or about July 20, 2012, this Court ordered that the Defendant's guilty plea be accepted; and

WHEREAS, on January 9, 2013, the Defendant was sentenced and ordered to forfeit the amount of proceeds obtained as a result of the offenses charged in Counts One and Two of the Information;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $500,000 in United States currency (the "Money Judgment") shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Order, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, WESLEY WANG, and shall be made part of the sentence of

the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon execution of this Preliminary Order of Forfeiture/Money Judgment and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       March 11, 2013

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE