UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

WESLEY WANG,

Defendant.

Case No. 1:12-cr-00541-JSR

ECF CASE

**STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF TRAVEL**

WHEREAS, Defendant Wesley Wang pled guilty to two counts of conspiracy to commit securities fraud in the above-captioned matter and was sentenced by the Court on January 9, 2013, to a term of two years of probation each on Counts 1 and 2 (to run concurrently); and

WHEREAS, at the Sentencing Hearing, defense counsel specifically requested, and the Court expressly granted, that Mr. Wang shall be permitted to travel internationally and domestically with the prior express permission of his probation officer, provided that Mr. Wang specify in advance the dates and purpose of his travel in writing to his probation officer; and

WHEREAS, the written Judgment entered on the record erroneously omitted this condition of probation, and instead stated, "The defendant may travel within the continental U.S.A. with the permission of Probation;" and

WHEREAS, Mr. Wang is now supervised by the Probation Office of the Northern District of California; and

WHEREAS, Mr. Wang's probation officer requested a written Order from the Court confirming the conditions of travel expressly ordered by the Court on the record at the Sentencing Hearing, before permitting Mr. Wang to travel overseas.

1

IT IS THEREFORE STIPULATED AND AGREED by and between the parties through their respective counsel as follows:

1. Mr. Wang may travel anywhere within the continental U.S.A. or beyond its borders with the express prior permission of his probation officer.

2. Mr. Wang shall specify to his probation officer in writing the date of travel, the date of return, and the purpose of the trip.

Dated: April 19, 2013                                 Respectfully submitted,


By: _/s/ Michael D. Celio_____
     KEKER & VAN NEST LLP
     MICHAEL D. CELIO (pro hac vice)
     633 Battery Street
     San Francisco, CA 94111-1809

     Attorneys for Defendant
     WESLEY WANG

Dated: April 19, 2013                                 PREET BHARARA, ESQ.
                                                      United States Attorney

By: _/s/ Jillian B. Berman_____
     JILLIAN BERMAN, ESQ.
     Assistant United States Attorney
     Southern District of New York
     One St. Andrew's Plaza
     New York, NY 10007

     Attorneys for Plaintiff
     UNITED STATED OF AMERICA


**IT IS SO ORDERED**.

Dated: April 24, 2013

_____
JED. S. RAKOFF
UNITED STATES DISTRICT JUDGE


2

3